UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERHARD BENNETT,<br>    Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:06-cv-02722 |
| LEGAL MEDIATION PRACTICE, INC.,<br>    Defendant | § § § | JURY DEMAND |

**PLAINTIFF, GERHARD BENNETT'S
AMENDED DESIGNATION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GERHARD BENNETT, Plaintiff in the above-numbered and styled case, and files this Designation of Counsel and would respectfully show unto the Court as follows.

Plaintiff, Gerhard Bennett, designates Richard Tomlinson of the Law Office of Richard Tomlinson, 3100 Timmons Lane, Suite 100, Houston, Texas 77027 as lead counsel and Dana Karni of the Karni Law Firm, P.C., 4635 Southwest Freeway, Suite 610, Houston, Texas 77027 as co-counsel.

Respectfully submitted,

/s/ Richard Tomlinson
RICHARD TOMLINSON
LAW OFFICE OF RICHARD TOMLINSON
State Bar No. 20123500
S.D. Texas Bar No. 111
3100 Timmons Lane, Suite 100
Houston, Texas 77027
Telephone:   (713) 627-2100
Facsimile:    (713) 627-2101

/s/ Dana Karni
DANA KARNI
KARNI LAW FIRM, P.C.
State Bar No. 24044379
S.D. Texas Bar No. 592484
4635 Southwest Freeway, Suite 610
Houston, Texas 77027
713/552-0008
Fax: 713/454-7247

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon opposing counsel via electronic mail, facsimile, First Class U.S. Mail and/or via ECF on this the 17th day of July, 2007 as follows:

Amy B. Boyea
Kevin T. Schutte, Of Counsel
BRACEWELL & GIULIANI, L.L.P.
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711

/s/ Dana Karni
Dana Karni